**ENDOTACH LLC, Appellant**

**v.**

**MEDTRONIC, INC., Medtronic Vascular, Inc., Appellees.**

**No. 2015–1784.**

United States Court of Appeals, Federal Circuit.

May 6, 2016.

Jonathan Tad Suder, Friedman, Suder & Cooke, Fort Worth, TX, argued for appellant. Also represented by Brett Michael Pinkus; Matthew Carmine Phillips, Renaissance IP Law Group LLP, Portland, OR.

Kevin Goldman, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellees. Also represented by Mark Christopher Fleming; Jack S. Barufka, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA; Evan Finkel, Los Angeles, CA.

DYK, MOORE, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**